**NOT FOR PUBLICATION**

**FILED**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FEB 28 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LJUBO SKRBIC,<br><br>               Plaintiff-Appellant,<br><br>v.<br><br>CITY OF WEST PALM BEACH,<br><br>               Defendant-Appellee. | No. 23-35591<br><br>D.C. No. 2:23-cv-00934-RSM<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Western District of Washington
Ricardo S. Martinez, District Judge, Presiding

Submitted February 21, 2024[**]

Before:     FERNANDEZ, NGUYEN, and OWENS, Circuit Judges.

Ljubo Skrbic appeals pro se from the district court's order dismissing for improper venue his action alleging various claims related to a property and state court proceedings in Florida. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Immigrant Assistance Project of the L.A. County Fed'n of Lab.*

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*(AFL-CIO) v. INS*, 306 F.3d 842, 868 (9th Cir. 2002).  We affirm.

The district court properly dismissed Skrbic's action for improper venue because Skrbic failed to establish that defendant resides in the Western District of Washington or that a substantial part of the events or omissions giving rise to his claims occurred there.  *See* 28 U.S.C. § 1391(b)(1), (2) (describing where a civil action may be brought); *see also* 28 U.S.C. § 1406(a) ("A district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.").

All pending motions are denied.

**AFFIRMED.**